**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORUS VISION, LLC, | No.   C06-2851 MJJ |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| JAPAN OPTICS, LTD., | |
| Defendant(s). | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause **within TWO WEEKS of the date of the order, i.e. by Tuesday, May 15, 2007,** the case shall be dismissed for failure to prosecute.  The Case Management Conference scheduled for   [Not Applicable]   is hereby vacated, as plaintiff has failed to serve the defendants.

**IT IS SO ORDERED.**

Dated:   4/26/2007

_____
MARTIN J. JENKINS
United States District Judge