IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORUS VISION LLC, | No. C06-02851 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| JAPAN OPTICS LTD., | |
| Defendant. | |

On May 1, 2007, the Court issued an Order to Show Cause why Plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Docket No. 12.) Plaintiff timely responded to the Order to Show Cause, but has failed to take any further actions since that time.

The Court therefore again **ORDERS** Plaintiff to show cause why Plaintiff's claims should not be dismissed for failure to prosecute. If Plaintiff fails to file a written response to this Order **within three weeks** of the entry of the order, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 20, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE