FUTTERMAN & DUPREE LLP
MICHAEL A. FUTTERMAN (110464)
JAIME E. GODIN (233187)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
mfutterman@dfdlaw.com

*Attorneys for Plaintiff*
Horus Vision LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HORUS VISION LLC, an Alaska limited liability company,<br><br>*Plaintiff,*<br><br>v.<br><br>JAPAN OPTICS LTD., a Japanese corporate entity,<br><br>*Defendants.* | Case No. C 06-2851 MJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL** AND ORDER<br><br>[Fed. R. Civ. P. 41(a).] |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a), plaintiff HORUS VISION LLC voluntarily dismisses the above-captioned action without prejudice.

Dated: _____

FUTTERMAN & DUPREE LLP

By: _____
Jaime E. Godin
Attorneys for Plaintiff Horus Vision LLC

IT IS SO ORDERED
Judge Martin J. Jenkins
1/30/2008